IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JERRY LEE HAWKINS                                                                                    PLAINTIFF

v.                                           Case No. 4:09-cv-04118

SHERIFF JERRY CRANE; JOHNNY
GODBOLT, Detention Administrator; LT.
BRANDON SMITH; OFFICER JULIAN
BEASELY; CHARLES "CHUCK"
DAVIDSON; SPENCE "MACK" McMORRIS;
OFFICER DUNHAM; and SGT. BLAND                                                         DEFENDANTS

## **JUDGMENT**

Before the Court is the Report and Recommendation filed February 7, 2012, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 91). Judge Bryant recommends that Defendant s' motion for summary judgment (ECF No. 67) be granted and Plaintiff's cross-motion for summary judgment (ECF No. 81) be denied. Plaintiff has responded with objections. (ECF No. 92).

Plaintiff brings suit under 42 U.S.C. § 1983 and accuses Defendants of failing to protect him from attack by a fellow inmate while housed in the Hempstead County Detention Center. In his objections, Plaintiff merely restates his argument that Defendants knew of the attacker's alleged violent nature and that they should have been aware that the attacker was on Plaintiff's "enemies list." (ECF No. 92). After a *de novo* review, the Court finds that Judge Bryant's Report and Recommendation adequately addresses these contentions and that Plaintiff's objections are without merit. Accordingly, the Court adopts the Report and Recommendation *in toto*.

Defendants' motion for summary judgment (ECF No. 67) is **GRANTED**, and Plaintiff's cross motion for summary judgment (ECF No. 81) is **DENIED**. Plaintiff's complaint (ECF No. 1) is therefore **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED, this 23rd day of March, 2012.

/s/ Susan O. Hickey
Hon. Susan O. Hickey
United States District Judge